UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. BOYDSTON, | No. C-06-4999 JCS |
|      Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED** |
| v. | |
| ASSET ACCEPTANCE LLC, | |
|      Defendant. | |

On May 9, 2007, Defendant Asset Acceptance LLC filed a Motion for Summary Judgment (the "Motion"), seeking dismissal of Plaintiff John Boydston's claim that Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Plaintiff initially filed his Complaint in the Small Claims Division of the Superior Court of the State of California in and for the County of San Francisco, requesting $500 in statutory damages. Defendant removed the action to the Federal District Court for the Northern District of California pursuant to 28 U.S.C. § 1441 and 1331.

As it appears to the Court that there may be an absence of subject matter jurisdiction, Defendant is ordered to show cause why this action should not be remanded to the state court. Within **ten** (10) days of this Order, Defendant shall file a Memorandum, not exceeding five pages in length, demonstrating the existence of subject matter jurisdiction.

The hearing previously scheduled for Friday, June 15, 2007 is vacated.

IT IS SO ORDERED.

Dated: June 11, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge